IN THE COURT OF COMMON PLEAS OF NORTHAMPTON COUNTY, PENNSYLVANIA
CIVIL DIVISION

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF NORTHAMPTON

LISA BAILY
4098 LOCUST DRIVE
NORTHAMPTON PA    18067

                                              Plaintiff(s)

                          vs                          No.    C-0048-CV-2002000325

AETNA, INC.,
3541 WINCHESTER ROAD
ALLENTOWN PA    18104

                                              Defendant(s)

                                              CIVIL ACTION

                              WRIT OF SUMMONS

TO:    LISA BAILY

You are notified that    AETNA, INC.,
                                    (Name(s) of Plaintiff(s)

has (have) commenced an action against you.

Date    JANUARY 22, 2002                              Holly Ruggiero
                                                      Prothonotary

                                              By _Hanna Constantine_
                                                      Deputy

Attorney Name:    DONALD P. RUSSO, ESQUIRE
                          117 EAST BROAD STREET
                          P O BOX  1890
                          BETHLEHEM  PA   18016  1890

Address:

Telephone No.   610-954-8093
Attorney for Plaintiff(s)

A TRUE COPY ATTEST
HOLLY RUGGIERO
CLERK OF COURT
CIVIL PROTHONOTARY
_Holly Ruggiero_

IN THE COURT OF COMMON PLEAS OF NORTHAMPTON COUNTY, PENNSYLVANIA

CIVIL DIVISION

Plaintiff(s) & Address(es):                         :

LISA BAILY                                          :
4098 LOCUST DRIVE                                   :
NORTHAMPTON, PA  18067                              :
                                                    :    File No. _C0048CV2002_
                    vs.                             :
                                                    :    Civil Action - __LAW_____
Defendant(s) & Address(es):                         :
                                                    :
AETNA, INC.,                                        :
3541 WINCHESTER ROAD                                :
ALLENTOWN, PA  18104                                :

PRAECIPE FOR SUMMONS

DESIGNATE IF CASE IS FOR ARBITRATION:  YES_____, NO___X_____

TO THE PROTHONOTARY/CLERK OF SAID COURT:

        Issue summons in ____CIVIL ACTION - LAW_____
in the above case.


___X___ Writ of Summons shall be issued and forwarded to Sheriff.


                                    _Donald P. Russo_____
                                         Signature of Attorney

                                    ____Donald P. Russo, Esquire_____
                                    ____117 East Broad Street_____
                                    ____P.O. Box 1890_____
                                    ____Bethlehem, PA  18016-1890_____
                                    ____(610) 954-8093_____
Date: _1/18/02_____         Supreme Court ID Number ___25873_____


                            A TRUE COPY ATTEST
                            HOLLY RUGGIERO
                            CLERK OF COURT
                            CIVIL/PROTHONOTARY

                            _Holly Ruggiero_

## CERTIFICATE OF SERVICE

I, Jill Garfinkle Weitz, Esquire, hereby certify that on this 25th day of July, 2002, I

caused to be served a true and correct copy of the foregoing Amended Notice of Removal by

United States first-class mail, postage pre-paid, upon the following:

> Donald P. Russo, Esquire
> 117 East Broad Street
> P.O. Box 1890
> Bethlehem, PA 18016

JILL GARFINKLE WEITZ

KRLSPHI:172444.1