IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA BAILEY, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | 2:02-cv-5153 |
| | : | |
| AETNA, INC., | : | |
| | : | |
| Defendants. | : | |

### SCHEDULING O R D E R

AND NOW, this      day of September, 2002, following consultation with counsel for both parties, it is hereby **ORDERED** and decreed:

1) Factual discovery in this matter shall be completed by November 29, 2002.

2) Dispositive Motions shall be filed by January 7, 2003.

3) Responses to Dispositive Motions shall be filed by January 21, 2003.

4) This matter shall be placed in the February 2003 Trial Pool.

5) A voluntary settlement conference before Judge Legrome Davis or Magistrate Judge Diane Walsh may be scheduled at either parties' request.

_____

Legrome D. Davis, Judge

civil-o.frm (9/97)