IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA BAILY, | : | Civil Action No. 02CV5153 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| AETNA INC., | : | |
| | : | |
| Defendant. | : | |

**MOTION TO COMPEL DISCOVERY**

Pursuant to Rule 37(a)(2)(A) of the Federal Rules of Civil Procedure and Local Rule 26.1(f), Defendant Aetna Inc. ("Defendant") hereby moves this Court to compel Plaintiff Lisa Baily ("Plaintiff") to respond to Defendant's First Request for Production of Documents Addressed to Plaintiff ("Document Requests"), and in support thereof states as follows:

1. On or about July 8, 2002, Plaintiff filed her Complaint against Defendant in Pennsylvania state court. The action was removed to this Court on July 23, 2002. The only claim alleged in Plaintiff's Complaint is that Defendant allegedly retaliated against Plaintiff for exercising her rights and interfered with Plaintiff's rights under the Family and Medical Leave Act of 1993.

2. On September 12, 2002, Defendants properly served Document Requests on Plaintiff. Pursuant to Rule 34(b) of the Federal Rules of Civil Procedure, Plaintiff's responses were due on October 15, 2002.

3. On October 11, 2002, Plaintiff requested an extension of time until October 29, 2002 to respond to Defendant's Document Requests, which Defendant granted. (Ex. A, Letter from D. Russo to J. Garfinkle Weitz, dated October 11, 2002). Plaintiff subsequently

KRLSPHI:181941.1