VOICEMAIL: (610) 866-4004

**DONALD P. RUSSO**
ATTORNEY AT LAW
117 EAST BROAD STREET
P.O. BOX 1890
BETHLEHEM, PENNSYLVANIA 18016-1890

E-MAIL: DPRusso@aol

(610) 954-8093
FAX: (610) 954-8097

(610) 954-8093

October 11, 2002

VIA FAX AND FIRST CLASS MAIL

Jill Garfinkle Weitz, Esquire
KLETT LIEBER ROONEY & SCHORLING
Two Logan Square, Twelfth Floor
Philadelphia, PA 19103-2756

    Re:    Baily v. Aetna, Inc.

Dear Ms. Weitz:

    According to my records Plaintiff's responses to Defendant's First Set of Interrogatories and First Request for Production of Documents are due on October 15, 2002. I do not believe that I will have the Plaintiff's responses finalized by said date. Therefore, I would like to request a brief extension to October 29th. Please advise if you have any objections to this request.

Very truly yours,

Donald P. Russo

DPR/dmg