# DONALD P. RUSSO
### ATTORNEY AT LAW
117 EAST BROAD STREET
P.O. BOX 1890
BETHLEHEM, PENNSYLVANIA 18016-1890

VOICEMAIL: (610) 865-4004

(610) 954-8093
FAX: (610) 954-8097

(610) 954-8093

E-MAIL: DPRusso@aol.com

October 28, 2002

VIA FAX AND FIRST CLASS MAIL

Jill Garfinkle Weitz, Esquire
KLETT LIEBER ROONEY & SCHORLING
Two Logan Square, Twelfth Floor
Philadelphia, PA 19103-2756

Re: Baily v. Aetna, Inc.

Dear Jill:

The Plaintiff has provided me with a lot of material that I have to reduce to proper written form for the responses to Defendant's discovery requests. I do not anticipate that I will be able to have these responses completed by the due date, which is tomorrow, Tuesday, October 29, 2002. For this reason, I am requesting a one week extension to November 4, 2002. Please let me know if you have any objections to this request. Thank you for your consideration.

Very truly yours,

Don Russo/dmg

Donald P. Russo

DPR/dmg