VOICEMAIL: (610) 866-4004

# DONALD P. RUSSO
ATTORNEY AT LAW

117 EAST BROAD STREET

P.O. BOX 1890

BETHLEHEM, PENNSYLVANIA 18016-1890

E-MAIL: DPRusso@aol.com

(610) 954-8098   (610) 954-8093

FAX: (610) 954-8097

November 12, 2002

VIA FAX AND FIRST CLASS MAIL

Jill Garfinkle Weitz, Esquire
KLETT LIEBER ROONEY & SCHORLING
Two Logan Square, Twelfth Floor
Philadelphia, PA 19103-2756

    Re:   Baily v. Aetna, Inc.
            No. 02-5153

Dear Ms. Garfinkle Weitz:

    I apologize for the delay in responding to Defendant's discovery requests, however, I have enclosed Plaintiff's Answers to Defendant's First Set of Interrogatories relative to the above matter. I will forward Plaintiff's Responses to Defendant's First Request for Production of Documents under cover of a separate letter. If you should have any questions, please do not hesitate to contact me.

                        Very truly yours,

                        Donald P. Russo /dmg

                        Donald P. Russo

DPR/dmg
Enclosure