IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA BAILY, | : | |
| | : | |
|    Plaintiff, | : | CIVIL ACTION |
| | : | |
|    v. | : | |
| | : | |
| | : | NO. 02-CV-5153 |
| AETNA, INC., | : | |
|    Defendant. | : | |

## AMENDED SCHEDULING ORDER

     AND NOW, this _____ day of November, 2002, upon joint request of the parties, it is hereby **ORDERED** and decreed that:

1)    Expert and Factual Discovery shall be completed by December 31, 2002.

2)    Dispositive Motions shall be filed by February 7, 2003.

3)    Responses to Dispositive Motions shall be filed by February 21, 2003.

4)    This matter is placed in the Court's March 2003 trial pool.

                                                                    BY THE COURT:

                                                                    _____

                                                                    Legrome D. Davis
                                                                    United States District Judge
                                                                    Eastern District of Pennsylvania