IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA BAILY, | : | |
| | : | |
|    Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| | : | NO. 02-CV-5153 |
| AETNA, INC., | : | |
|    Defendant. | : | |

## ORDER

AND NOW, this      day of December, 2002, upon consideration of Defendant, Aetna, Inc.'s letter dated December 9, 2002, informing the Court of Plaintiff, Lisa Baily's response to Defendant's discovery requests, it is hereby **ORDERED** and decreed that Defendant's Motion to Compel Discovery filed November 19, 2002, is moot.

                                                                           BY THE COURT:

                                                                           _____

                                                                           Legrome D. Davis
                                                                           United States District Judge
                                                                           Eastern District of Pennsylvania