# Acknowledgment of Receipt of *Aetna Handbook*

I acknowledge that I have received a copy of the *Aetna Handbook* (published in 1997). This handbook contains a summary of many of Aetna's policies and programs.

Print Name: _Lisa Young_

Employee Signature: _Lisa Young_

Date Signed: _4-3-97_

Give the signed Acknowledgment Receipt to your manager for retention in your personnel file.

BAILY    031