

3541 Winchester Road  
Allentown PA 18195

Dolores J. Merkel  
Human Resource Consultant  
Aetna Health Plans  
610-391-4611  
Fax: 610-391-4991

March 11, 1996

Lisa Young  
318 S. 18th Street  
Allentown, PA 18104

Dear Lisa,

This is to confirm your employment with Ætna effective Monday, March 18, 1996. We are pleased to offer you a position as an Office Assistant and believe you will find employment with us a worthwhile experience.

Some of the information discussed during your interview is listed below:

1. Office hours are 7:00 AM through 6:00 PM. Acceptance of a position assures us that you will be available to work an 8 hour and 15 minute shift, as needed, between those hours. You will be paid for 7 1/2 hours, and will take a 45 minute lunch break.

2. Occasional overtime is a condition of your employment, and acceptance of this position is considered acceptance of occasional overtime when it is necessary.

3. The starting annual salary is $13,600.00 and a performance review occurs once a year.

4. As required by Federal law, confirmation of this offer is also subject to the satisfactory verification of employment eligibility and identity documents on your first day of work. See Attachment A for a list of acceptable documents. Stapled to this list is an Employment Eligibility Verification (I-9) form. IT IS ESSENTIAL TO BRING THE APPROPRIATE DOCUMENTS WHEN YOU REPORT FOR ORIENTATION.

5. Enclosed please find an "orientation" package including information on Aetna's benefits. Please bring the package to Orientation on your first day of work, we will discuss benefits in detail.

Please report to Human Resources on Monday, March 18, 1996 at 9 AM for orientation. If you have any questions please call me at (610) 391-4611.

Sincerely,

Dolores J. Merkel

enc.

BAILY 030