Interoffice Communication

Aetna Human Resources
Dolores Merge
Susan Williams

■ New Hire

■ January 5, 1996

■ Statement of Responsibility

I have read all the materials included in and referred to in the New Hire Orientation ICC and Orientation Outline by Human Resources. I have also had an opportunity to review any questions on the interpretation of any part of the Orientation with the persons indicated therein and believe I understand fully how the presented information relates to my position(s). I understand that periodically the company may make changes to benefits, policies, and procedures and that such changes may be announced in E-Mail, loose leaf page form, memo, newsletters and papers, portfolio updates, and other forms of Aetna media (ex. DBS). I realize I am accountable for keeping myself abreast on Aetna's communications and complying with all procedures and policies.

Signed: _Young Hire M_____
Last Name, First Name, and Middle Initial

Your Aetna #: _718 168_____

Date: _3-21-96_____

BAILY 035