**Baily, Lisa M**

| | |
|---|---|
| From: | Furry, Warren E |
| Sent: | Monday, July 30, 2001 2:47 PM |
| To: | Baily, Lisa M |
| Cc: | Furry, Warren E |
| Subject: | RE: |

Lisa, the perfume issue will be addressed, thank you for brining it to my attention. Each of you should be able to come to work everyday and have a comfortable place to do your job. In regards to the loudness issue, you would need to let Terry know when someone is bothering you with their behavior. For Terry to address this issue, she would need more specifics then you've given me. I understand your concern, and certainly do not want anyone's processing results affected by other people's behavior. Talk to Terry about this, if she doesn't have an immediate answer she will discuss with me or HR so that we can find a solution.

Thanks for sending this to me, from time to time there will be things like this that need to be discussed and addressed. I am glad that you brought it to my attention.

wf

-----Original Message-----
From: Baily, Lisa M
Sent: Thursday, July 26, 2001 6:21 AM
To: Furry, Warren E
Subject:

Warren,

I am a processor in unit 73, Terry Day's unit. I, along with other processors have a problem with someone in our unit's very strong perfume smell. We have discussed this with Terry numerous times with no avail. The person is Eadie Taylor. Her perfume is so strong when she comes in and she even sprays her perfume when she is in the office around other people. I want to know if there is something we can do about it. It is causing several people, including me to have headaches and get sick. Please let me know what we can do about this situation. I don't want to start any problems and you can't say anything to her because you are suppose to have respect for your coworkers but this is getting a little out of hand. I sit right across from her and I can no longer stand her very strong perfume odor. What can we do as a unit. Also I feel that some people in our unit are very loud and are allowed to get away with being loud. It affects my processing because they are very loud. Can something be done about this also?