August 1, 2001

Last week, Lisa Baily wrote Warren Fury an email regarding a couple of, now minor situations in the unit. These situations consisted of a person in the unit wearing strong amounts of perfume, spraying the perfume at her desk, and the daily distracting noise level of the unit. It is believed that Theresa Day, Team Leader for 73p, heard about the email whether it be from the instigating people in the unit or Warren Fury himself. However the case may be, the tension in the unit built to an uncomfortable level.

Monday afternoon I had a World Access issue to disguise with my Team Lead, Theresa Day. Her response to me was short and unpleasant. At that moment I told Theresa Day that I did not send the email to Warren Fury. Her response was, "OK". The tension seemed to drop as if a light switch was turned off. Lisa Baily recalls Theresa Day also speaking professionally with her regarding work issues that same morning.

Later on that afternoon, Theresa Day and Heather Watkins sat up at Theresa's desk and whispered back and forth (not an unusual occurrence). After they were finished, it became Eadie Taylor's turn to go up to Theresa's desk and whisper back and forth (not an unusual occurrence). Lisa Baily finished packing up her desk, went to sign out and felt as if she was interrupting the personnel conversation between Eadie and Theresa. The two of them immediately stopped talking and stared at Lisa until she walked out the door to go home. Lisa returned home very upset after this occurrence and proceeded to discuss the bad mouthing, childish games in Unit 73, with her husband. In turn, he called Warren Fury and made note that something had to be done about the treatment Lisa was getting from not only her co-workers but also her "supervisor".

Tuesday morning seemed tense, however tolerable. Everyone came in, made the usual disturbing noise and did their work. As discussed the previous evening, Lisa went in to speak with Warren Fury regarding the intolerable behavior and treatment she was receiving from her co-workers. Mind you, Lisa and I both previously approached Theresa regarding our concerns and problems with no avail. Lisa returned to processing claims. We believe Theresa Day went in to speak with Warren Fury. After speaking with Warren, Theresa left and returned later on in the afternoon. It was at this time that Heather Watkins proceeded to Theresa's desk and as usual, the whispering back and forth began. However, this time Heather Watkins made sure to turn her back to Lisa Baily and myself. After a while, Eadie Taylor got up from her desk and proceeded to Theresa's desk where they whispered back and forth, making sure to continually look in Lisa Baily's and my direction.

After planning on staying until 6:15pm, I decided going home and trying to ignore the whispering and obvious blackballing was more important to me. Keeping in mind that earlier that morning Theresa Day did not seem to have any ill feelings towards me, I went to sign out for the day and help a co-worker carry things out to her car. As signing out I said, "Good night" while facing Theresa Day (who was sitting at her desk). After no response, I repeated "Good night, Terry". She turned her head to the side and said, "yeah night". I told Theresa Day, " I am not going to play these games with a supervisor". In saying this, I began walking towards the door and in a yelling voice Theresa Day yelled, "yeah it's a shame I have to play these games". This comment was not only heard by me, but also by processors who had on their radio headsets, processors sitting near by and CSP's who were on the phones. I just continued to the door and thought I would help carry this person's belongings out to her car and return to speak with Warren Fury. This was an inexcusable comment yelled at me from my "Team Lead".

No sooner did the door close behind me, did Lisa Baily hear the following conversation(s) take place. (The conversations were so loud that they were heard while Lisa continued to have her radio headset on.)

Eadie Taylor: "Did you hear what a smart-ass she was being." " I just want to hit somebody".

While looking at Lisa Baily, Eadie Taylor continued saying "and I hope she is listening to me". Other comments were made between Theresa Day, Eadie Taylor, and Lisa Czonstka regarding Heather Roche and Lisa Baily "starting trouble in the unit."

Theresa Day: " I don't care anymore, I just don't care, I don't care if I lose one of the best processors". And going on to talk with the others sitting around, about Lisa Baily telling Warren Fury that Theresa can not be trusted.

These conversations continued for a few minutes as Theresa Day went around to the workers who were still there and distributed a sheet containing their remaining PTO days. While doing this, Theresa Day ignored Lisa Baily's presence and failed to distribute this information to her.

It was at this time, while not knowing Eadie Taylor and Theresa Day were making the instigating comments and threatening remarks, that I went back up to the third floor and spoke with Warren Fury. I expressed my anger towards the way the people treated each other in Unit 73p and now this incident with the Team Lead, Theresa Day. His reply was that he would speak with Theresa Day and get back with me towards the end of the week with a solution. My request was to be moved out of Unit 73p.

That evening Lisa Baily and I spoke regarding the treatment we are receiving in the unit on a daily basis and decided to document everything going on in the unit. That was when I heard that Eadie Taylor made the threatening remark, "I just want to hit somebody", as Theresa Day responded to the comment with her own remarks (stated above). Lisa and I are trying to handle the issues and complaints we have, in a professional manner. However at this point, after hearing that Eadie Taylor can make such a threatening remark whether it be directed to Lisa or myself, I do not feel as if either Lisa Baily or I can safely continue to work in Unit 73p.

Lisa and I agree that we are here to do a job. We understand there are ups and downs in every workplace however, we do not feel as if we deserve to be threatened. Why should we have to feel as if we need to watch our backs, worry about what is being said or what is going to be done to us. We are not in kindergarten or school for that matter. We are all adults and should be able to come in, do our jobs and go home without any harassment or threats.

Personally, I enjoy processing claims. I feel as if I learned quickly and am doing a good job. After seeing my PDR I see that my stats are high and my good work ethics are showing. I will not tolerate anymore ill-mannered behavior from my co-workers or Team Lead. I don't see why I should have to either post out for another position or end my employment with Aetna. I want to be moved to another unit.

Some people may feel the need to bad mouth Lisa and I because we are finally standing up for ourselves. But enough is enough. Even if these issues were addressed, that will do nothing more then hurt Lisa and I even more. We are tired of the harassment, disrespect, and now threatening treatment we are receiving from basically a few workers in unit 73p.

Cc Warren Fury
    Lisa Baily
    Heather Roche

Issues addressed:

- After hearing that Theresa Day could check the audits for each individual person (through the system) I personally requested that my audit results not be shown to anyone else in the unit. A second request had to be made since the first was not being honored.

I was blackballed and badmouthed for making this request. Comments such as, "turn your back now, I want to see my audits" were made several times. And as these disrespectful, spiteful comments were made; I just sat at my desk.

- Numerous times, comments regarding Eadie Taylor spraying perfume at her desk or coming in with large amounts of strong smelling perfume were brought to Theresa Day's attention. The situation was not handled but instead Lisa Baily and I (on different occasions) were told the same thing, "I know, I had to sit next to her for many years".

- After being treated with great disrespect, I learned not to share personal information with my co-workers (i.e. raises and pay). It was at this time that I discovered that Heather Watkins was simply asked, "what's wrong with Heather R" and her reply was that I, Heather Roche was upset about a delay in getting my first Stepping Stone raise. Her exact words were, "what she got her raise, isn't she happy now." I requested to speak with Theresa Day that morning, since Heather Watkins could not have found this information out any other way. (And also I might add, Theresa Day was new into the position and it was passed down to me by none other then Eadie Taylor that Theresa Day could not be trusted with confidential information since she was known to tell Heather Watkins anything and everything.) So in hearing this news Theresa Day and I sat down and talked for approx. an hour and a half.

It was in this meeting that I was told by Theresa Day that Heather did not know about my raise. But later it was also said that, "well Heather W. just knows that I am trying to get your Stepping Stone raise for you and she wants to know how she can get a raise". I wanted to then go to Martin Russo who was the previous Division 3 Manager. Theresa Day and I talked a bit more regarding the attitudes in the unit. For the most part I had a problem with the way I was treated by everyone since day one. Knowing that I am not perfect, I took Theresa Day's solution to try and be more "approachable" and get in to the conversations with everyone in the unit. This unsatisfactory solution lea me back to square one with the occasional smile yet still standoffish behavior I received.

- That is where this next part brings light onto all the bad mouthing, disrespectful attitudes I, to this day receive from my co-workers on a daily basis. For the longest time I felt as if I was not wanted in the unit. Radios (without headsets) would be playing, I would leave for lunch and come back to see a huddle in unit 73 with the radio turned down. This of which would be disguised by one person in the group making an off the wall comment as I entered the room. On several occasions one particular person in the unit mentioned to me that when she first came into the unit she was warned about me by Heather Watkins. Warned that I was so rude and wouldn't answer her phone so if she was expecting a phone call I guess she shouldn't count on me to do anything for her. And also warned that I was, "kinda funny" and "sensitive". I explained to this person that I was told by Eadie Taylor that the only reason Heather Watkins answers people's phones is to be nosy, I chose not to answer anyone's phone.

This information I found out tied into the information I recently received. Like I said I often wondered why the new people in the unit wouldn't say anything to me. To get a hello out of someone was a good day. I found out that Heather Watkins not only felt she needed to warn people about me, but since day one was telling my co-workers including Lisa Baily that I am an, "Ass Kissing Psycho". I do not appreciate the uncalled for harassment

BAILY 226