DZA
617 2563732

# FAX TRANSMISSION PAGE

DATE: 8-13-01

TO: Doug Culuns

FAX #: 1-877-216-6275

FROM: _(signature)_
FAX # (610)261-2187

NUMBER OF PAGES 8    (including cover page)

RE: Lisa Bailey

Comments: _The notes + labs were faxed previously. I have everything except the MRI of the knee. As soon as I receive the report I will fax it._

_Thank you_
_(signature)_

NORTHERN VALLEY PRIMARY CARE &
WALK-IN CENTER
2014 Laubach Ave, Suite A-2
Northampton, Pa 18067
(610) 261-0999

D00135



## PATIENT PROGRESS NOTES

NAME: Lisa Baily
Date: 8-2-01   Weight: _____   Previous Weight: _____
S: headaches - being harassed @ job
   nausea / under a lot of stress
   Called E.A.P - cannot get into see
   counselor till next Mon.

Meds: _____

PM HX:  HTN / NIDDM, IDDM / CAD / MI / Asthma / COPD / ↑CHOL

ROS: Circle
Neg  Pos  CONST: Fever/Chills/Wt Loss/Gain       Neg  Pos  MUSC: Leg Swelling
Neg  Pos  HEENT: Ear Pain/Sore Throat/Hearing Loss  Neg  Pos  CV: CP/Palp
Neg  Pos  RESP: SOB/Cough/Wheeze/Sputum         Neg  Pos  BONE: JT Pain/Back Pain
Neg  Pos  GI: Diarrhea/Nausea/Pain/Constipation  Neg  Pos  SKIN: Rashes/Lesion/Mole
Neg  Pos  NEURO: Weakness/HA/Dizziness          Neg  Pos  GU: Dysuria/Freq/...
Neg  Pos  PSYCH: Anxiety/Depression/Fatigue

Physical Examination: check if normal
BP: 130/90   Temp: _____   Pulse: 84
General/Skin: ✓
HEENT: ✓ TM intact/No effusion/PERLA/EOMI/Disc Clear
Neck/Carotids: ✓ Supple/From/No Thyromegaly/No Bruits
Heart: ✓ RRR/No M/R or G
Lungs: ✓ Clear to A & P
Abdomen: ✓ No Masses/Organomegaly   NABS   Soft NT/ND   No Bruits
Legs/Feet: ✓ No C/C/E
Neuro: ✓ A + O x 3  CN II – XII Grossly Intact/Reflexes +2/4
Other: c/o frontal headaches since (+) nausea
       Hx of migraine

AP:
(A) ANXIETY 2° stress at job

(P) No work
    Xanax 0.2 mg
    elevated BP

                                                  Matt F., PA

Counseling   Diet   Stop Smoking   Exercise   Safe Sex   ETOH   Substance Abuse   Gun Safety   Seat Belts

CT Head - Acute HA
Aug 7  1:30 SHH

Call Back 8/6/01: Spoke c pt: "She is presently doing OK."
                  - She is at home
                  - is scheduled for a CT Scan 8/7/01

                                              M Gorman RN

D00136

## Northern Valley Primary Care
### PATIENT PROGRESS NOTES

Rev

NAME Lisa Bailey
Date 2-14-01   Weight _____   Previous Weight _____   Age 26
S: _____

Rev from 2/9/01:
- "Is coughing more," only expectorates mucus p
taking albuterol. Mucus is clear.
- feels more pressure in sinuses.

Meds: Augmentin 250mg T10
Allegra — cod.
OCP

PM HX: Headaches   HTN / NIDDM, IDDM / CAD / MI / Asthma / COPD / ↑CHOL
dizzy spells

ROS: Circle
- (Neg) Pos   CONST: Fever/Chills/Wt Loss/Gain
- (Neg) Pos   HEENT: Ear Pain/Sore Throat/Hearing Loss
- Neg (Pos)   RESP: SOB/Cough/Wheeze/Sputum
- (Neg) Pos   GI: Diarrhea/Nausea/Pain/Constipation
- (Neg) Pos   NEURO: Weakness/HA/Dizziness
- (Neg) Pos   PSYCH: Anxiety/Depression/Fatigue

- (Neg) Pos   MUSC: Leg Swelling
- (Neg) Pos   CV: CP/Palp
- (Neg) Pos   BONE: JT Pain/Back Pain
- (Neg) Pos   SKIN: Rashes/Lesions/Itch
- (Neg) Pos   GU: Dysuria/Freq/Nocturia

Physical Examination: check if normal
BP 120/90   Temp 98.1   Pulse 72
General/Skin   ⊕
HEENT   TM intact/No effusion/PERLA/EOMI/Disc Clear   Tender Frontal Sinus
Neck/Carotids   Supple/From/No Thyromegaly/No Bruits
Heart   RRR/No M/R or G
Lungs   Clear to A & P
Abdomen   No Masses/Organomegaly   NABS   Soft NT/ND   No Bruits
Legs/Feet   No C/C/E
Neuro   A + O x 3   CN II – XII Grossly Intact/Reflexes +2/4
Other

AP: A. Sinusitis / Bronchitis
P. Levaquin 500mg   Augmentin
per pt

Counseling   Diet   Stop Smoking   Exercise   Safe Sex   ETOH   Substance Abuse   Gun Safety   Seat Belts

2/19/01
Coughing up clear mucus — cough keeping
pt awake. Today last dose Augmentin.
Cough lingering and ucc had coughing spell.
Vomited mucus p coughing dut yesterday.
Rondec DM #4oz   T tsp PO HS
Pt notified. Script called to Eckerd.
M Grinnell

# Northern Valley Primary Care
## History & Physical

"NEW PT. TO PRACTICE"

NAME: _____   DATE: _____

Allergies  NKDA                                Age  26

Chief
Complaint        onset 3 days ago:
                 - sore throat
                 - swelling of throat c̄ difficulty swallowing — ↓ taking fluids OK
                   when tries to eat, becomes nauseated.
                 - ⊕ coughing, expectorating mucus
                 - Today, also has bil. ear pain

Medications  OCP

PM HX    HTN / NIDDM, IDDM / CAD / MI / Asthma / COPD / ↑CHOL / DEPRESSION / NEG
Being worked up for headaches/dizzy spells → is having medical records transferred here.

FH _____

SH         smoker   Y  (N)                    ETOH           Drugs

ROS: Circle
(Neg)  Pos   CONST: Fever / Chills / Wt. Loss / Gain        (Neg)  Pos   MUSC: Leg Swelling
 Neg  (Pos)  HEENT: Ear Pain / Sore Throat / Hearing Loss   (Neg)  Pos   CV: CP / Palp
 Neg  (Pos)  RESP: SOB / Cough / Wheeze / Sputum            (Neg)  Pos   BONE: JT Pain / Back Pain
(Neg)  Pos   GI: Diarrhea / Nausea / Pain / Constipation    (Neg)  Pos   SKIN: Rashes / Lesions / Mole
(Neg)  Pos   NEURO: Weakness / HA / Dizziness               (Neg)  Pos   GU: Dysuria / Freq / Hematuria
(Neg)  Pos   PSYCH: Anxiety / Depression / Fatigue
Procedure _____

A/P  ① Sinusitis
     ② Tylenol c̄ Cod.
        Augmentin 250mg/5mL #150cc

Return to Office if not improved in 48 HRS or worsens
CALL
BACK  2/12/01  Mom requesting call back
      1520: ceiling letter, returned phone call. (mc)



FAX LABORATORY REPORT
Quest Diagnostics

18067001 AREA/ROUTE/STOP: 001-036
NORTHERN VALLEY PRIMARY CARE
LOWER LEVEL
2014 LAUBACH AVE
NORTHAMPTON, PA 18067-1357

| PATIENT NAME | PATIENT ID | ROOM NO. | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|
| AILY, LISA MARIE | | | 26 | F | |

| REQUISITION NO. | ACCESSION NO. | LAB REF # | COLLECTION DATE & TIME | LOG-IN DATE | FAX DATE | TIME |
|---|---|---|---|---|---|---|
| 4795871 | KP894397G | | 08032001 12:30 PM | 08042001 | 08042001 | 10:19AM |

REMARKS

EASTERN TIME

SS#: 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

| REPORT STATUS | TEST | RESULT IN RANGE | RESULT OUT OF RANGE | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|
| FINAL | | | | | | |
| | Date of Birth: 09/05/1974 | | | | | |
| | COMPREHENSIVE METABOLIC PANEL | | | | | QHO |
| | GLUCOSE | | 135 H | MG/DL | 6... 109 FASTING REFERENCE INTERVAL | |
| | UREA NITROGEN (BUN) | 9 | | MG/DL | 7-45 | |
| | CREATININE | 0.8 | | MG/DL | 0.5-1.7 | |
| | BUN/CREATININE RATIO | 11 | | (CALC) | 6-45 | |
| | SODIUM | 140 | | MMOL/L | 135-145 | |
| | POTASSIUM | 3.7 | | MMOL/L | 3.5-5.3 | |
| | CHLORIDE | 104 | | MMOL/L | 96-110 | |
| | CARBON DIOXIDE | 24 | | MMOL/L | 21-33 | |
| | CALCIUM | 9.3 | | MG/DL | 8.5-10.4 | |
| | PROTEIN, TOTAL | 7.6 | | G/DL | 6-8.3 | |
| | ALBUMIN | 4.3 | | G/DL | 3.5-5.1 | |
| | GLOBULIN | 3.3 | | G/DL (CALC) | 2-3.9 | |
| | ALBUMIN/GLOBULIN RATIO | 1.3 | | (CALC) | 0.9-2.0 | |
| | BILIRUBIN, TOTAL | 0.5 | | MG/DL | 0.1-1.3 | |
| | ALKALINE PHOSPHATASE | 36 | | U/L | 20-125 | |
| | AST | 13 | | U/L | 2-35 | |
| | ALT | 14 | | U/L | 2-40 | |
| | CBC (INCLUDES DIFF/PLT) | | | | | QHO |
| | WHITE BLOOD CELL COUNT | 7.0 | | THOUS/MCL | 3.8-10.8 | |
| | RED BLOOD CELL COUNT | 4.32 | | MILL/MCL | 3.80-5.20 | |
| | HEMOGLOBIN | 12.9 | | G/DL | 12.0-15.4 | |
| | HEMATOCRIT | 38.7 | | % | 35.0-46.0 | |
| | MCV | 89.3 | | FL | 80.0-100.0 | |
| | MCH | 29.9 | | PG | 27.0-33.0 | |
| | MCHC | 33.5 | | G/DL | 32.0-36.0 | |
| | RDW | 12.6 | | % | 9-15.0 | |
| | PLATELET COUNT | 339 | | THOUS/MCL | 140-400 | |
| | ABSOLUTE NEUTROPHILS | 3010 | | CELLS/MCL | 1500-7800 | |
| | NEUTROPHILS | 43 | | % | | |
| | ABSOLUTE LYMPHOCYTES | 3430 | | CELLS/MCL | 850-4100 | |
| | LYMPHOCYTES | 49 | | % | | |
| | ABSOLUTE MONOCYTES | 490 | | CELLS/MCL | 200-1100 | |
| | MONOCYTES | 7 | | % | | |
| | ABSOLUTE EOSINOPHILS | | 0 L | CELLS/MCL | 50-550 | |
| | EOSINOPHILS | 0 | | % | | |
| | ABSOLUTE BASOPHILS | 0 | | CELLS/MCL | 0-300 | |
| | BASOPHILS | 0 | | % | | |

>> REPORT CONTINUED ON NEXT PAGE - BAILY, LISA MARIE KP894397G <<

D00140

USER: QUEST DIAGNOSTICS At 4-AUG-2001 10:24 Page 2
CONTINUED REPORT

18067001 AREA/ROUTE/STOP: 001-036
1 NORTHERN VALLEY PRIMARY CARE
LOWER LEVEL
2014 LAUBACH AVE
NORTHAMPTON, PA 18067-1357



FAX
LABORATORY REPORT
Quest Diagnostics

| PATIENT NAME | PATIENT ID | ROOM NO. | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|
| BAILY, LISA MARIE | | | 26 | F | |

| REQUISITION NO. | ACCESSION NO. | LAB REF # | COLLECTION DATE & TIME | LOG-IN DATE | FAX DATE | & TIME |
|---|---|---|---|---|---|---|
| 4795871 | KP894397G | | 08032001 12:30 PM | 08042001 | 08042001 | 10:19AM |

REMARKS

EASTERN TIME

SS#: 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

| REPORT STATUS | TEST | RESULT IN RANGE | RESULT OUT OF RANGE | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|
| FINAL | | | | | | |

Date of Birth: 09/05/1974

THYROID STIMULATING
HORMONE                    1.39                         MICRO IU/ML   0.40-5.50   QHO

------------------------------------------------------------

Performing Site Code Key:
QHO    QUEST DIAGNOSTICS-HORSHAM
       900 BUSINESS CENTER DRIVE
       HORSHAM, PA  19044
       215-957-9300
       Laboratory Director:  HERMAN HURWITZ, MD, FCAP

       >> END OF REPORT - BAILY, LISA MARIE KP894397G <<

D00141

Northern Valley Primary Care

## PATIENT PROGRESS NOTES

NAME Lisa Bailey
Date 03-10-01   Weight 105   Previous Weight ___   Age 26

S: H/a's x many years. Recently had dizziness (associated past year) Dr. Wilbertson. Vision is normal. Pt referred to ENT, ENT refers to neurology. CT scan - normal. Pt requesting disability note for work.

Meds: Meclizine - 12.5mg - doesn't use - makes her sleepy
OCP - Loestrin Fe 1/20

Referral to: Neurology - Shilpa Pradhan

PM HX: (Headaches) HTN / NIDDM, IDDM / CAD / MI / Asthma / COPD / ↑CHOL

ROS: Circle
| Neg | Pos | CONST: Fever/Chills/Wt Loss/Gain | Neg | Pos | MUSC: Leg Swelling |
| Neg | Pos | HEENT: Ear Pain/Sore Throat/Hearing Loss | Neg | Pos | CV: CP/Palp |
| Neg | Pos | RESP: SOB/Cough/Wheeze/Sputum | Neg | Pos | BONE: JT Pain/Back pain |
| Neg | Pos | GI: Diarrhea/Nausea/Pain/Constipation | Neg | Pos | SKIN: Rashes/Lesions |
| Neg | Pos | NEURO: Weakness/(HA)/(Dizziness) | Neg | Pos | GU: Dysuria/Freq/Noct |
| Neg | Pos | PSYCH: Anxiety/Depression/Fatigue | | | |

Physical Examination: check if normal
BP 108/68   Temp 99°   Pulse 72
General/Skin  ✓ warm, dry, intact, pink
HEENT  ✓ TM intact/No effusion/PERLA/EOMI/Disc Clear
Neck/Carotids  ✓ Supple/From/No Thyromegaly/No Bruits + cervical lymphadenopathy
Heart  ✓ RRR/No M/R or G
Lungs  ✓ Clear to A & P
Abdomen  No Masses/Organomegaly  NABS  Soft NT/ND  No Bruits
Legs/Feet  No C/C/E
Neuro  ✓ A + O x 3  CN II – XII Grossly Intact/Reflexes +2/4
Other

AP: A. well 26yo, w/ headache & dizziness
P. Referral to neurology to continue to pursue work up. To make + call w/ date + time.
Try Toradol 10mg disp #30 2 tabs then 1 tab Q6h prn (max 40mg)
F/U 3 mos.

Betty R Markle, RN BSN SFNP

3/13/01:
No call back. (ms)

[signature] DO

Counseling  Diet  Stop Smoking  Exercise  Safe Sex  ETOH  Substance Abuse  Gun Safety  Seat Belts

D00142