**BAILY, LISA M . [172563732] MDis  1833-5060-0000**

Event Stage  Terminated     Age  27     Product.  MDIS     CSA/Plan  698456-22-001     Conv

Event Contact | Work Profile | Event Summary | Providers, Dx, Px | Event Notes | Cert/ReCert | Task/Case Assignment | Mod RTW | Rehab

**Notification**

Last Day Worked  08/01/2001     First Day Missed  08/02/2001     Date Claim Incured  08/02/2001     Appeal

Date All Data Collected  08/10/2001     Review Date  08/31/2001     Total Days Prior To Review  30

**Event Indicators**

Occ ○   Non-Occ ⦿     Injury ○   Illness ⦿     Pre-Existing ☐   Takeover ☐     Disclaimer ☐   Rehab Case Closed ☐     Rehab Eval Started ☐   Rehab Plan Started ☐     SSDI

**Disability Benefit Dates**

Start  __/__/____     End  __/__/____

**Return To Work**

Projected  09/01/2001     Modified  __/__/____     Actual  __/__/____

**Case Closed Information**

Case Closed  09/21/2001     Reason Case Closed  Recovery

**Penalty Information**

From Date  __/__/____     Thru Date  __/__/____     Reduction Percent  0     Penalty Amount  0

**Coordination Of Benefits**

| Type | Carrier | Contact Name | Telephone Number | Telephone Extension |
|------|---------|--------------|------------------|---------------------|
|      |         |              |                  |                     |

p, press F1

tart | Inbox - M... | Patient ... | Atl1 - RU... | Microsoft... | Microsoft... | Records ... | Overdue ... | 11:

**BAILY, LISA M . [172563732] MDis 1833-5060-0000**

| | | | | |
|---|---|---|---|---|
| Event Stage | Terminated | Age 27 | Product MDIS | CSA/Plan 698456-22-001  Conv. ☐ |

Event Contact | **Work Profile** | Event Summary | Providers, Dx, Px | Event Notes | Cert/ReCert | Task/Case Assignment | Mod RTW | Rehab

### Job Information

| | |
|---|---|
| Date Of Hire | 03/18/1996 |
| Physical Demand Level | Sedentary |
| Company Job Title | Claim/Benefit Processor |
| Company Job Code | AETNA |
| Company Location Code | |
| Job Accommodation | |
| Work Details and Restrictions | EE sits all day at the computer processing claims |

Primary ☑
Work State PA        State Cash ☐
EEOC Job Class: Office Clerical
EE Badge/ID Number 718168
Company Location Description
Job Eliminated ☐   Permanent Restrictions ☐

### Schedule

Schedule Details

| Scheduled Hours Per Day | 7.5 | Scheduled Days Per Week | 5 | Total Hours Per Week | 37.5 |
|---|---|---|---|---|---|

Mon to Fri, flex time, usually 6-2:15pm

### Contacts

| Name | Role | Telephone Number | Telephone Extension | Fax Number |
|---|---|---|---|---|
| Tricia Maroun | Supervisor | (610) 391-4650 | | |

### Work Profiles

| Date Of Hire | Job Title | Location | Primary |
|---|---|---|---|
| | | | |

For Help, press F1

D00081

**BAILY, LISA M . [172563732] MDis  1833-5060-0000**

Event Stage  Terminated     Age  27     Product  MDIS     CSA/Plan  698456-22-001     Conv

Event Contact | Work Profile | Event Summary | Providers, Dx, Px | Event Notes | Cert/ReCert | Task/Case Assignment | Mod RTW | Rehab

Admission Date:  __/__/____

Providers

| PRISM Pin | EPDB PIN | Provider Name | Role | Telephone Number | Extension | Effective Date |
|-----------|----------|---------------|------|------------------|-----------|----------------|
| 2186795 | 7020042 | Northern Valley Primary Care | Attending | (610) 261-0999 | | 08/02/2001 |
| | | | | | | |

Diagnosis

| Code Type | Code | Description | Status | Principal From | Principal Through | Active From | Active Through |
|-----------|------|-------------|--------|----------------|-------------------|-------------|----------------|
| ICD9 | 308.9 | UNSPECIFIED ACUTE REACTION T | | 08/02/2001 | | 08/02/2001 | |
| ICD9 | | | | | | | |

Procedures

| Proc Date | Code Type | Code | Description | Principal |
|-----------|-----------|------|-------------|-----------|
| | CPT4/HCPCS | | | |

lp, press F1                                                                                          NU

tart | Inbox - M... | Patient ... | All 1 - RU... | Microsof... | Microsof... | Records... | Overdue... | 11

**BAILY, LISA M. [172563732] MDis 1833-5060-0000**

Event Stage | Terminated | Age | 27 | Product | MDIS | CSA/Plan | 698456-22-001 | Conv ☐

Event Contact | Work Profile | Event Summary | Providers, Dx, Px | Event Notes | Cert/ReCert | Task/Case Assignment | Mod RTW | Rehab

**Disability Benefit Dates**

| S T Start | /  / | S T End | /  / | Test Change | /  / | A/D End | /  / |
| L T Start | /  / | L T End | /  / | Test Change Met ☐ | | M/N End | /  / |

**Guidelines**

Norm Source | Aetna Norm | Norm Days | 48 | Rec. Source | Complex Dx Certifical | Recommended Days | 0

**Days**

From Date | 08/02/2001 | Days | 6 | Review Date | 08/07/2001 | Source | Nurse Case Manager

Total Days Prior To Review | 30 | Disclaimer ☐ | Successive ☐ | Appeal ☐ | Projected RTW | 08/08/2001

Physical Demand | | State Cash ☐

**Decision**

| Decision | Date | Time | Reviewer | Rev. Method | Reason |
|----------|------|------|----------|-------------|--------|
| Denied | 08/10/2001 | 08:41:48 AM | Adams,Douglas | Telephonic | RTW - Pending w/APS |
| ► Authorized | 09/20/2001 | 12:26:33 PM | Adams,Douglas | Telephonic | |

**History**

| From Date | Days Prior to Review | Gap Days | Thru Date | Successive | Total Days | Decision | Decision Date |
|-----------|---------------------|----------|-----------|------------|------------|----------|---------------|
| 08/02/2001 | | 0 | 08/07/2001 | | | Authorized | 08/20/2001 |
| 08/08/2001 | 24 | 0 | 08/31/2001 | | 30 | Authorized | 09/21/2001 |

p, press F1

tart | Inbox - M... | Patient ... | Atl1 - RU... | Microsof... | Microsof... | Records... | Overdue... |

D00083

**BAILY, LISA M . [172563732] MDis  1833-5060-0000**

Event Stage [Terminated ▼]  Age [27]  Product: [MDIS]  CSA/Plan [698456-22-001]  Corr/ [

Event Contact | Work Profile | Event Summary | Providers, Dx, Px | Event Notes | Cert/ReCert | Task/Case Assignment | Mod RTW | Rehab |

Subject [New Case Intake ...                    ▼]

Reviewer [Walton, Joanne                    ]    Date [08/02/2001]    Time [04:56:37 PM]

Notes [Claim Intake
AP's name is Dr. Scott Sterling

Demographic Information Confirmed:  YES

Are you currently employed elsewhere:  NO
Disabling Diagnosis:  stress, elevated BP

LDW:  8/1/01
How many hours did you work on your last day worked? 3.5 hours, EE was then sent home from HR and AP took EE
oow today

Is the disability a work related illness/injury?:  yes
]

| Date | Time | Reviewer | Subject | Notes |
|------|------|----------|---------|-------|
| 08/06/2001 | 12:50:27 PM | Adams,Douglas | Clinical Information | TCT AP: Talked to Carol who confirmed the EE |
| 08/02/2001 | 04:56:37 PM | Walton,Joanne | New Case Intake | Claim Intake |

**BAILY, LISA M. [172563732] MDis  1833-5060-0000**

Event Stage: Terminated ▼   Age: 27   Product: MDIS   CSA/Plan: 698456-22-001   Conv: ☐

Event Contact | Work Profile | Event Summary | Providers, Dx, Px | Event Notes | Cert/ReCert | Task/Case Assignment | Mod RTW | Rehab

Subject: New Case Intake ▼

Reviewer: Walton,Joanne     Date: 08/02/2001     Time: 04:56:37 PM

Notes: If yes; did you file for Workmans Comp?. EE has filed a complaint with HR due to a situation with work  and then EE was referred to us for disability; advised EE that most likely we will ask AP if this is work related and if it is, EE will have to file claim with WC.

Describe the nature (or symptoms) of your disability or accident:
HBP, severe headaches, nausea, blurry vision

Were you admitted to the Hospital: NO

Have you had any surgical procedures performed? NO

Is your injury due to an auto (MVA)or other accident where a third party is involved?: NO

| Date | Time | Reviewer | Subject | Notes |
|------|------|----------|---------|-------|
| 08/06/2001 | 12:50:27 PM | Adams,Douglas | Clinical Information | TCT AP: Talked to Carol who confirmed the EE |
| 08/02/2001 | 04:56:37 PM | Walton,Joanne | New Case Intake | Claim Intake |

Help, press F1     NU

Start | Inbox - M... | Patient ... | All1 - RU... | Microsof... | Microsof... | Records... | Overdue... |     11

D00085

BAILY, LISA M. [172563732] MDis  1833-5060-0000

Event Stage: Terminated ▾   Age: 27   Product: MDIS   CSA/Plan: 639456-22-001 ▾  Conv ▾

Event Contact | Work Profile | Event Summary | Providers, Dx, Px | Event Notes | Cert/ReCert | Task/Case Assignment | Mod RTW | Rehab

Subject: New Case Intake ▾

Reviewer: Walton, Joanne   Date: 08/02/2001   Time: 04:56:37 PM

Notes: Are you seeing or are you scheduled to see any other medical providers for your disabling condition? YES
If yes, please supply the name(s), address(es), phone number(s) and fax number(s) of these providers:
Seeing a counselor on 8/6/01: Dr.Shonda Bear-Moralis, a psychologist thru the EAP, tel.610-366-8116

Has your physician given you any specific Restrictions or Limitations? Just to try to decrease stress due to BP

Please describe your current treatment plan: (i.e. Physical or Psychological Therapy)
Counseling, medications, EE is having a Cat Scan on 8/7/01 and blood tests soon

Current Medications: (Name/Dosage/Times per day/Time of the Day taken)
Zanax .25 mg 3 times a day

Date of your last Doctor's Appointment:  8/2/01

| Date | Time | Reviewer | Subject | Notes |
|------|------|----------|---------|-------|
| 08/06/2001 | 12:50:27 PM | Adams,Douglas | Clinical Information | TCT AP: Talked to Carol who confirmed the EE |
| 08/02/2001 | 4:56:37 PM | Walton,Joanne | New Case Intake | Claim Intake |

Help, press F1   NU

Start | Inbox - M... | Patient ... | Atll - RU... | Microsof... | Microsof... | Records... | Overdue... |  11

D00086



BAILY, LISA M. [172563732] MDis  1833-5060-0000

Event Stage [Terminated ▼]  Age [27]  Product [MDIS]    CSA/Plan [698456-22-001]   Corr □

Event Contact | Work Profile | Event Summary | Providers, Dx, Px | Event Notes | Cert/ReCert | Task/Case Assignment | Mod RTW | Rehab

Subject [New Case Intake ▼]

Reviewer [Walton,Joanne]    Date [08/02/2001]    Time [04:56:37 PM]

Notes: Date of your next Doctor's Appointment: will call to see PCP after tests are done, 8/6 with counselor
Expected Return to Work Date?: unknown

What requirements of your job are you now unable to perform?
Due to stress and harassment at work in EE's unit, EE can not concentrate on her job, EE can not breathe in that work
environment, EE tried to work on 8/1 and could not do it

Do you have any other medical conditions?: NO

Do you give permission for us to leave messages on your answering machine or with a member of your household? YES

ADDITIONAL COMMENTS

| Date | Time | Reviewer | Subject | Notes |
|------|------|----------|---------|-------|
| 08/06/2001 | 12:50:27 PM | Adams,Douglas | Clinical Information | TCT AP: Talked to Carol who confirmed the EE |
| 08/02/2001 | 4:56:37 PM | Walton,Joanne | New Case Intake | Claim Intake |

lp, press F1

tart | Inbox - M... | Patient ... | Atl1 - RU... | Microsof... | Microsof... | Records... | Overdue... |   11:

D00087



BAILY, LISA M . [172563732] MDis  1833-5060-0000

Event Stage: Terminated    Age: 27    Product: MDIS    CSA/Plan: 698456-22-001    Corr:

Event Contact | Work Profile | Event Summary | Providers, Dx, Px | Event Notes | Cert/ReCert | Task/Case Assignment | Mod RTW | Rehab

Subject: Clinical Information

Reviewer: Adams,Douglas    Date: 08/06/2001    Time: 12:50:27 PM

Notes: TCT AP: Talked to Carol who confirmed the EE was seen on 8/2/01 but would not release any info w\out a signed release.

| Time | Reviewer | Subject | Notes |
|------|----------|---------|-------|
| 12:50:27 PM | Adams,Douglas | Clinical Information | TCT AP: Talked to Carol who confirmed the EE |
| 04:56:37 PM | Walton,Joanne | New Case Intake | Claim Intake |

lp, press F1

tart | Inbox - M... | Patient ... | Atti - RU... | Microsof... | Microsof... | Records... | Overdue... |



D00089





D00091



BAILY, LISA M . [172563732] MDis  1833-5060-0000

Event Stage [Terminated ▼]  Age [27]  Product [MDIS]  CSA/Plan [698456-22-001]  Copy [ ]

Event Contact | Work Profile | Event Summary | Providers, Dx, Px | Event Notes | Cert/ReCert | Task/Case Assignment | Mod RTW | Rehab

Subject [Case Closure                ▼]

Reviewer [Adams,Douglas          ]  Date [08/10/2001]  Time [08:41:23 AM]

Notes [Case closed due to no clinical rec'd.

Manual NOD sent via E-mail.]

| Time | Reviewer | Subject | Notes |
|------|----------|---------|-------|
| 08:41:23 PM | Adams,Douglas | Case Closure | Case closed due to no clinical rec'd. |
| 04:03:21 PM | Garabed,Marie | Other | Supervisor, Tricia Maroun, asked about status o |
| 08:39:14 AM | Baughman,Julie | Status | Supervisor Theresa Day  called inquiring status |
| 12:51:09 PM | Adams,Douglas | Other | TCT EE: Talked to EE and explained I need signe |

:lp, press F1

!art | 2 Inbox - M...||  Patient ... | All1 - RU... | Microsof... | Microsof... | Records... | Overdue... | 11

D00092

**BAILY, LISA M. [172563732] MDis 1833-5060-0000**

Event Stage: Terminated    Age 27    Product MDIS    CSA/Plan 698456-22-00T    Con7

Event Contact | Work Profile | Event Summary | Providers, Dx, Px | Event Notes | Cert/ReCert | Task/Case Assignment | Mod RTW | Rehab

Subject: Other

Reviewer: Walton,Joanne    Date 08/13/2001    Time 12:38:18 PM

Notes: TCF EE re: denial of claim. EE stated she f/up'd with AP's office and they faxed med info. to Aetna on 8/8/01. Advised no fax posted to claim. EE stated AP's office is refaxing info. today with her SSN on it to 877-216-6275. Suggested EE check back with us on 8/14 to verify receipt of med. info. Advised med. review takes up to 5 bus. days.

| Time | Reviewer | Subject | Notes |
|------|----------|---------|-------|
| 12:38:18 PM | Walton,Joanne | Other | TCF EE re: denial of claim. EE stated she f/up'd |
| 08:41:23 AM | Adams,Douglas | Case Closure | Case closed due to no clinical rec'd. |
| 04:03:21 PM | Garabed,Marie | Other | Supervisor, Tricia Maroun, asked about status o |
| 08:39:14 AM | Baughman,Julie | Status | Supervisor Theresa Day called inquiring status |

lp, press F1

art | Inbox - M... | Patient ... | All1 - RU... | Microsof... | Microsof... | Records... | Overdue... | 11

D00093





**BAILY, LISA M . [172563732] MDis  1833-5060-0000**

Event Stage: Terminated    Age: 27    Product: MDIS    CSA/Plan: 698456-22-001    Conv.

Event Contact | Work Profile | Event Summary | Providers, Dx, Px | Event Notes | Cert/ReCert | Task/Case Assignment | Mod RTW | Rehab.

Subject: Other

Reviewer: Blake, Barbara    Date: 08/14/2001    Time: 02:46:44 PM

Notes: EE called did we recieve med. I advised we did recieve today.

| Time | Reviewer | Subject | Notes |
|------|----------|---------|-------|
| 02:46:44 PM | Blake, Barbara | Other | EE called did we recieve med. I advised we did. |
| 08:34:23 AM | True, Linda | Clinical Information | fax rec'd from Norther Valley Primary care |
| 12:38:18 PM | Walton, Joanne | Other | TCF EE re: denial of claim. EE stated she flup'd |
| 08:41:23 AM | Adams, Douglas | Case Closure | Case closed due to no clinical rec'd. |

lp, press F1

tart | Inbox - M... | Patient ... | All1 - RU... | Microsof... | Microsof... | Records... | Overdue... | ... 11

D00095



BAILY, LISA M . [172563732] MDis  1833-5060-0000

Event Stage  Terminated  Age  27  Product  MDIS  CSA/Plan  698456-22-001  Conv

Event Contact | Work Profile | Event Summary | Providers, Dx, Px | Event Notes | Cert/ReCert | Task/Case Assignment | Mod RTW | Rehab

Subject  Status

Reviewer  True,Linda                    Date  08/17/2001        Time  11:42:48 AM

Notes  EE called and stated " she is really getting pissed" because she has rec'd no pay at all  Advised that they have 5
business days for review of the medical

| Time | Reviewer | Subject | Notes |
|---|---|---|---|
| 11:42 AM | True,Linda | Status | EE called and stated " she is really getting pissed |
| 02:50:44 PM | Fuller,Judith | Status | SUPR CONFIRMING THAT CLINICAL WAS REC'D |
| 02:46:44 PM | Blake,Barbara | Other | EE called did we recieve med.  I advised we did |
| 08:34:23 AM | True,Linda | Clinical Information | fax rec'd from Norther Valley Primary care |

lp, press F1

tart | Inbox - ... | Patient ... | Att1 - R... | Microso... | Microso... | Record... | Overdu... |

D00097



D00098



D00099



D00100





BAILY, LISA M . [172563732] MDis  1833-5060-0000

Event Stage: Terminated    Age: 27    Product: MDIS    CSA/Plan: 698456-22-001    Conv

Event Contact | Work Profile | Event Summary | Providers, Dx, Px | Event Notes | Cert/ReCert | Task/Case Assignment | Mod RTW | Rehab

Subject: Clinical Information

Reviewer: True,Linda    Date: 08/24/2001    Time: 04:02:25 PM

Notes: fax rec'd from Barton Counseling

| Time | Reviewer | Subject | Notes |
|---|---|---|---|
| 04:02:25 PM | True,Linda | Clinical Information | fax rec'd from Barton Counseling |
| 10:00:33 AM | Fuller,Judith | Status | SUPR CONFIRMING EE REMAINS CERTED THRU |
| 12:24:29 PM | Adams,Douglas | Other | TCT EE: I indicated to EE that medical supports i |
| 12:19:10 PM | Adams,Douglas | Clinical Information | TCT AP: Talked to Carol who stated the AP was |

lp, press F1    NU

tart | Inbox - ... | Patient ... | Atl1 - R... | Microso... | Microso... | Record... | Overdu... | 1:1

D00102



D00103



**BAILY, LISA M . [172563732] MDis  1833-5060-0000**

Event Stage  Terminated  ▼   Age  27   Product  MDIS           CSA/Plan  638456-22-001   Conv ☐

Event Contact | Work Profile | Event Summary | Providers, Dx, Px | Event Notes | Cert/ReCert | Task/Case Assignment | Mod RTW | Rehab

Subject  Clinical Information  ▼

Reviewer  Adams,Douglas           Date  08/29/2001       Time  10:43:00 AM

Notes  Clinical rec'd from CSW-I will task to Bill N. for review.

| Time | Reviewer | Subject | Notes |
|---|---|---|---|
| 10:43:00 AM | Adams,Douglas | Clinical Information | Clinical rec'd from CSW-I will task to Bill N. for re |
| 11:40:39 AM | Baughman,Julie | Status | Supervisor Patricia Maroun called inquiring statu |
| 04:02:25 PM | True,Linda | Clinical Information | fax rec'd from Barton Counseling |
| 10:00:33 AM | Fuller,Judith | Status | SUPR CONFIRMING EE REMAINS CERTED THRU |

lp, press F1                                                                     NU

tart | Inbox - ... | Patient ... | Atl1 - R... | Microso... | Microso... | Record... | Overdu... | 11





**BAILY, LISA M. [172563732] MDis 1833-5060-0000**

Event Stage [Terminated ▼]  Age [27]  Product [MDIS]  CSA/Plan [698456-22-001]  Conv [ ]

Event Contact | Work Profile | Event Summary | Providers, Dx, Px | Event Notes | Cert/ReCert | Task/Case Assignment | Mod RTW | Rehab

Subject [Status ▼]

Reviewer [Blake,Barbara]  Date [08/30/2001]  Time [09:24:36 AM]

Notes [Supervisor called and wanted to know if ee had filed for appeal . I advised I see not mention in the notes . I advised that we did recieve updated clinical , however it does not support beyond 8-7 .]

| Time | Reviewer | Subject | Notes |
|------|----------|---------|-------|
| 11:24:36 AM | Blake,Barbara | Status | Supervisor called and wanted to know if ee had |
| 03:04:42 PM | Nevins,William | Clinical Information | Reviewed file, faxed note from SW, Ms. Bea |
| 10:43:00 AM | Adams,Douglas | Clinical Information | Clinical rec'd from CSW-I will task to Bill N. for re |
| 11:40:39 AM | Baughman,Julie | Status | Supervisor Patricia Maroun called inquiring statu |

lp, press F1

tart | Inbox - ... | Patient ... | Atl1 - R... | Microso... | Microso... | Record... | Overdu... | 1:1

D00106



BAILY, LISA M . [172563732] MDis  1833-5060-0000

Event Stage: Terminated ▼ Age: 27 Product: MDIS    CSA/Plan: 698456-22-001   Con

Event Contact | Work Profile | Event Summary | Providers, Dx, Px | Event Notes | Cert/ReCert | Task/Case Assignment | Mod RTW | Rehab

Subject: Other
Reviewer: Garabed,Marie          Date: 08/30/2001        Time: 04:25:00 PM

Notes: EE called about status of her claim. EE advised that supervisor called her and advised her recert was denied. Advised
EE that there has not yet been NOD sent regarding approval or denial.

EE requested a callback asap to advise status of claim. EE appeared upset the way claim is being handled.

Please call EE asap at ph#610-760-1822

EE's husband asked for DA's extension #; advised EE that extension #'s cannot be released by Call Center rep's.

Lisa Baily
172 56 3732

| Time | Reviewer | Subject | Notes |
|---|---|---|---|
| 04:25:00 PM | Garabed,Marie | Other | EE called about status of her claim. EE advised t |
| 09:24:36 AM | Blake,Barbara | Status | Supervisor called and wanted to know if ee had |
| 03:04:42 PM | Nevins,William | Clinical Information | Reviewed file, faxed note from SW, Ms. Bea |
| 10:43:00 AM | Adams,Douglas | Clinical Information | Clinical rec'd from CSW-I will task to Bill N. for re |

lp, press F1                                                                    NU

tart | Inbox - ... | Patient ... | Atl1 - R... | Microso... | Microso... | Record... | Overdu... | 11

D00107



BAILY, LISA M. [172563732] MDis  1833-5060-0000

Event Stage: Terminated    Age: 27    Product: MDIS    CSA/Plan: 698456-22-001    Con?:

Event Contact | Work Profile | Event Summary | Providers, Dx, Px | Event Notes | Cert/ReCert | Task/Case Assignment | Mod RTW | Rehab

Subject: Status

Reviewer: True,Linda    Date: 09/04/2001    Time: 04:54:16 PM

Notes: EE called and was expecting a call back to discuss her denial. 610-248-9362 cell phone number. She is requesting a phone call tomorrow. 9-5-01

Lisa Baily
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

| Date | Time | Reviewer | Subject | Notes |
|------|------|----------|---------|-------|
| 09/04/2001 | 04:54:16 PM | True,Linda | Status | EE called and was expecting a call back to dis |
| 08/30/2001 | 04:25:00 PM | Garabed,Marie | Other | EE called about status of her claim.  EE advise |
| 08/30/2001 | 09:24:36 AM | Blake,Barbara | Status | Supervisor called and wanted to know if ee ha |
| 08/29/2001 | 03:04:42 PM | Nevins,William | Clinical Information | Reviewed file, faxed note from SW, Ms. Bo |

b, press F1

art | Inbox - ... | Patient ... | Atl1 - R... | Microso... | Microso... | Record... | Overdu... | 11





**BAILY, LISA M. [172563732] MDis 1833-5060-0000**

Event Stage: Terminated    Age: 27    Product: MDIS    CSA/Plan: 698456-22-001    Corr

Event Contact | Work Profile | Event Summary | Providers, Dx, Px | Event Notes | Cert/ReCert | Task/Case Assignment | Mod RTW | Rehab

Subject: Other

Reviewer: Adams, Douglas    Date: 09/05/2001    Time: 02:59:04 PM

Notes: TCT EE: Left VMM for EE that medical does not include any objective findings and is not enought to recert past 8/6/01. I indicated that I will fax an MHPS to CSW for further clarification of impairment level.

| Date | Time | Reviewer | Subject | Notes |
|------|------|----------|---------|-------|
| 09/05/2001 | 02:59:04 PM | Adams, Douglas | Other | TCT EE: Left VMM for EE that medical does not |
| 09/05/2001 | 02:56:55 PM | Adams, Douglas | Other | TCT EE: Unable to leave VMM on EE's cell phor |
| 09/04/2001 | 04:54:16 PM | True, Linda | Status | EE called and was expecting a call back to dis |
| 08/30/2001 | 04:25:00 PM | Garabed, Marie | Other | EE called about status of her claim. EE advise |

lp, press F1

tart | Inbox - ... | Patient ... | Atl1 - R... | Microso... | Microso... | Record... | Overdu... |

D00110





D00112



**BAILY, LISA M. [172563732] MDis  1833-5060-0000**

Event Stage: Terminated  Age: 27  Product: MDIS  CSA/Plan: 698456-22-001  Com:

Event Contact | Work Profile | Event Summary | Providers, Dx, Px | Event Notes | Cert/ReCert | Task/Case Assignment | Mod RTW | Rehab

Subject: Other

Reviewer: Adams, Douglas        Date: 09/06/2001    Time: 09:44:13 AM

Notes: TCF EE's husband Williams. I explained to him that the info we have in the file does not support impairment past 8/7/01. As we have an AP note dated 8/6 stating EE doing "OK" and CT scan results from 8/7/01 that were neg. I told him that the note from CSW dated 8/23/01 did not include R&L's, sx's or meds and therefore we sent the MHPS for further clarification. He understood.

| Date | Time | Reviewer | Subject | Notes |
|------|------|----------|---------|-------|
| 09/06/2001 | 09:44:13 AM | Adams,Douglas | Other | TCF EE's husband Williams. I explained to him |
| 09/05/2001 | 03:35:55 PM | Adams,Douglas | Status | Faxed MHPS to Shandra Moralis at 610-366-15 |
| 09/05/2001 | 03:00:41 PM | Adams,Douglas | Claim Action Plan | Given RN review medical does not support aft |
| 09/05/2001 | 02:59:04 PM | Adams,Douglas | Other | TCT EE: Left VMM for EE that medical does not |

lp, press F1                                                                NU

tart | Inbox - ... | Patient ... | Atl1 - R... | Microso... | Microso... | Record... | Overdu... | 11

D00113



BAILY, LISA M. [172563732] MDis  1833-5060-0000

Event Stage  Terminated ▾    Age  27    Product  MDIS    CSA/Plan  698456-22-001 ▾   Corp ▾

Event Contact | Work Profile | Event Summary | Providers; Dx, Px | Event Notes | Cert/ReCert | Task/Case Assignment | Mod RTW | Rehab

Subject  Other ▾

Reviewer  Adams,Douglas        Date  09/14/2001      Time  02:24:57 PM

Notes  TCF EE's husband asking about a status of a claim. I indicated to the EE that claim is still closed due to no clinical rec'd.
He becomae upset and stated it was faxed "last week". He stated that it is not his responsibility to keep tracking down
info so he and his wife can get their money. I did indicate to him that it is his wife responsibility to supply us w\the needed
info to recert her disability. I did suggest to him that I would call AP and ask if fax was sent (not logged on system) and if
so that I would try and get info over the phone. He stated if when he calls AP and they tell him that the fax was sent that
he would call me back and we would have a "scwobble".

| Date | Time | Reviewer | Subject | Notes |
|------|------|----------|---------|-------|
| 09/14/2001 | 02:24:57 PM | Adams,Douglas | Other | TCF EE's husband asking about a status of a c |
| 09/06/2001 | 09:46:32 AM | Adams,Douglas | Other | ****ATTENTION PHONE CENTER*** |
| 09/06/2001 | 09:44:13 AM | Adams,Douglas | Other | TCF EE's husband Williams. I explained to him |
| 09/05/2001 | 03:35:55 PM | Adams,Douglas | Status | Faxed MHPS to Shandra Moralis at 610-366-15 |

lp, press F1

tart | Inbox - ... | Patient ... | Att1 - R ... | Microso... | Microso... | Record... | Overdu... |

D00115



D00116



**BAILY, LISA M. [172563732] MDis  1833-5060-0000**

Event Stage | Terminated | Age | 27 | Product | MDIS | CSA/Plan | 638456-22-001 | Conv

Event Contact | Work Profile | Event Summary | Providers, Dx, Px | Event Notes | Cert/ReCert | Task/Case Assignment | Mod RTW | Rehab

Subject | Clinical Information

Reviewer | Fitzgerald,Debra       Date | 09/17/2001       Time | 04:09:58 PM

Notes | Rec'd fax from Barton Counseling.

| Date | Time | Reviewer | Subject | Notes |
|---|---|---|---|---|
| 09/17/2001 | 04:09:58 PM | Fitzgerald,Debra | Clinical Information | Rec'd fax from Barton Counseling. |
| 09/14/2001 | 02:30:40 PM | Adams,Douglas | Clinical Information | TCT Shandra Moralis: Left message trying to c |
| 09/14/2001 | 02:24:57 PM | Adams,Douglas | Other | TCF EE's husband asking about a status of a c |
| 09/06/2001 | 09:46:32 AM | Adams,Douglas | Other | ****ATTENTION PHONE CENTER*** |

elp, press F1

art | Inbox - ... | Patient ... | Att1 - R... | Microso... | Microso... | Record... | Overdu... | 11

D00117



D00118



D00119

BAILY, LISA M . [172563732] MDis  1833-5060-0000

Event Stage [Terminated ▾]  Age [27]  Product [MDIS]  CSA/Plan [698456-22-001]  Corr ☐

Event Contact | Work Profile | Event Summary | Providers, Dx, Px | Event Notes | Cert/ReCert | Task/Case Assignment | Mod RTW | Rehab

Subject [Other ▾]

Reviewer [Henderson,Karen]   Date [09/18/2001]   Time [05:26:50 PM]

Notes  spoke w/clmt - she was upset with the service she has rec'd.  Said we have lost her faxes from her AP's 2x now and this
has delayed the process.  I apologized and asked for more detail.  She said there was a fax on 8/8 from her AP that
didn't get here and one on 9/6 from her counselor that didn't get to Doug - or was lost.  She also stated that Doug didn't
call her prior to the first denial.  She can only get through to Doug half of the time as he is not around to speak with.  I
asked her if she checked with Doug about the faxes and she said she did and he told her he didn't know what
happened.  She wants to make sure her claim is handled timely.  I adivsed I will check with Doug to make sure the
medical review is expedited and I will check to see if the fax machine was down earlier this month.  I also told her that
Doug will contact her with a decision.

| Date | Time | Reviewer | Subject | Notes |
|------|------|----------|---------|-------|
| 09/18/2001 | 05:26:50 PM | Henderson,Karen | Other | spoke w/clmt - she was upset with the servic |
| 09/18/2001 | 12:26:30 PM | Adams,Douglas | Clinical Information | MHPS rec'd which I will task to Bill Nevins for r |
| 09/18/2001 | 12:01:25 PM | Riley,Michelle | Other | EE's husband, William, requested to speak to D |
| 09/17/2001 | 04:09:58 PM | Fitzgerald,Debra | Clinical Information | Rec'd fax from Barton Counseling. |

lo, press F1                                                          NU

art | Inbox - ... | Patient ... | Att1 - R... | Microso... | Microso... | Record... | Overdu... | 11

D00120



D00121







D00124



BAILY, LISA M. [172563732] MDis  1833-5060-0000

Event Stage [Terminated ▼]  Age [27]  Product [MDIS]  CSA/Plan [838456-22-001 ▼]  Conv [ ]

Event Contact | Work Profile | Event Summary | Providers, Dx, Px | Event Notes | Cert/ReCert | Task/Case Assignment | Mod RTW | Rehab

Subject [Other ▼]
Reviewer [Fuller,Judith]        Date [09/20/2001]    Time [02:15:33 PM]
Notes [HUSBAND REQUESTING TO SPEAK W/KHENDERSON. DID NOT WANT VOICE MAIL. HE IS NOT AT A
NUMBER WHERE HE CAN BE REACHED. STATING THAT HE WILL CONTINUE TO CALL UNTIL HE SPEAKS
DIRECTLY W/KHENDERSON.

MSG FWD TO KHENDERSON/DADAMS

L BAILY
SS#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]

| Date | Time | Reviewer | Subject | Notes |
|------|------|----------|---------|-------|
| 09/20/2001 | 02:15:33 PM | Fuller,Judith | Other | HUSBAND REQUESTING TO SPEAK W/KHEND |
| 09/20/2001 | 11:44:35 AM | Blake,Barbara | Other | EE's husband just called backed.  He called Dr |
| 09/19/2001 | 02:03:51 PM | Riley,Michelle | Other | EE's husband, William, requesting to speak to h |
| 09/19/2001 | 11:47:35 AM | Fuller,Judith | Status | HUSBAND CHECKING ON STATUS OF CLAIM. |

p, press F1

tart | Inbox - ... | Patient ... | Atl1 - R... | Microso... | Microso... | Record... | Overdu... | 11

D00125



BAILY, LISA M . [172563732] MDis  1833-5060-0000

Event Stage [Terminated ▼]  Age [27]  Product [MDIS]  CSA/Plan [698456-22-001]  Corry

Event Contact | Work Profile | Event Summary | Providers; Dx; Px | Event Notes | Cert/ReCert | Task/Case Assignment | Mod RTW | Rehab

Subject [Clinical Information ▼]

Reviewer [Adams,Douglas]  Date [09/20/2001]  Time [03:36:49 PM]

Notes [TCT AP: Talked to Dr. Sterling who stated the EE was seen on 8/20/01 and he indicates the EE was not fit to work and recommended EE see a counselor. AP has not seen the EE since then and would not speak towards how long EE would need to recover or if she should still be OOW. I will review w/RN for a reasonable disability duration.]

| Date | Time | Reviewer | Subject | Notes |
|------|------|----------|---------|-------|
| 09/20/2001 | 03:36:49 PM | Adams,Douglas | Clinical Information | TCT AP: Talked to Dr. Sterling who stated the |
| 09/20/2001 | 02:15:33 PM | Fuller,Judith | Other | HUSBAND REQUESTING TO SPEAK W/KHENDI |
| 09/20/2001 | 11:44:35 AM | Blake,Barbara | Other | EE's husband just called backed.  He called Dr |
| 09/19/2001 | 02:03:51 PM | Riley,Michelle | Other | EE's husband, William, requesting to speak to |

o, press F1

art | Inbox - ... | Patient ... | Atl1 - R... | Microso... | Microso... | Record... | Overdu... | 11

D00126



D00127





D00129



