**BARTON COUNSELING**
FAMILY, MARITAL & INDIVIDUAL THERAPY
211 SOUTH ROUTE 100
ALLENTOWN, PA 18106

(610) 366-8116

D2A

8/23/01

I have seen Lisa Bailey in my office for one session, August 13, 2001 and have diagnosed her with adjustment disorder, mixed type (309.28) due to stress and interpersonal difficulties at work. I am scheduled to see Ms. Bailey again August 24, 2001. If you have further questions, please contact me at 610-366-8116 or by Fax at 610-366-1520.

Sincerely,

Shonda Bear Morales, LSW

re: Lisa Bailey
SS# 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

D00144