# FAX COVER SHEET

**BARTON COUNSELING**
FAMILY, MARITAL & INDIVIDUAL THERAPY
211 SOUTH ROUTE 100
ALLENTOWN, PA. 18104

WARNING: Unauthorized interception of this telephonic communication could be violation of Federal and State law. The document accompanying this telecopy transmission may contain confidential information which is legally privileged; the information is intended for the use of the recipient only. You are hereby notified that any disclosure, copying, distribution or the taking of any kind of action in reliance of the contents of this telecopied information is strictly prohibited. If you have received this telecopy in error, please immediately notify sender by telephone to arrange for the return of original documents.

DATE: 9/14/01

NO. OF PAGES: 3 (INCLUDING COVER)

FROM: ~~BRENDA BARTON, LSW~~ Shonda Bear Morales, LSW
FAX: 610-366-1520
PHONE: 610-366-6116

TO: Doug Adams

RE: Lisa Bailey

MESSAGE: Doug - I rec'd your msg re: a fax sent in July. I rec'd this fax from you 9/5/01 and faxed back to you ~~on~~ on 9/6/01. Is this what you are referring to? Did you receive this on Sept 6?
Pls let me know that you received this fax.
I do not normally sign off on clients for disability - I defer to their physicians or psychiatrists.

Shonda Bear Morales

D00132

# Ætna US Healthcare

## Mental Health Provider's Statement

The claimant is responsible for completion of this form without expense to the company.
If you have any questions, please call (800) 325-7377.

### To Be Completed By Claimant

**Personal Data**

- Name: Lisa Bailey
- Social Security Number: 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
- Birthdate (MM/DD/YYYY): 9/5/74
- Address: 4098 Locust Dr Northampton PA 18067
- Telephone Number: (610) 760-1822
- Employer's Name: Aetna USHC
- Occupation:
- Date Last Worked:
- Prescribing Physician:
- Telephone Number: ( )
- Therapist's Name: Shonda Bear Moralis, LSW
- Telephone Number: (610) 366-8116

### To Be Completed By Provider

**Diagnoses**

DSM IV CODE / DSM IV MULTIAXIAL DIAGNOSES
- I. 309.28
- II. V71.09
- III. None
- IV. V62.20
- V. (Present GAF): 60   (Highest in past Year): 75   (Goal): 75

**Symptom Assessment**

Current Disabling Symptoms
- Subjective Symptoms: headaches, frequent crying, "stress"
- Objective Signs (mental status abnormalities and results of any other diagnostic testing):

Interpersonal Stressors: ☐ No  ☒ Yes, please describe: work relationships
Work Stressors: ☐ No  ☒ Yes, please describe: relationships

If there has been a recent hospitalization, indicate where, when and why: no

**Treatment Plan**

Treatment: ☒ Individual Therapy  ☐ Group Therapy  ☐ Medication Management
- Date of First Visit: 8/3/01
- Date of Last Visit: 8/31/01

Is this patient still under your care for this condition? ☐ No  ☒ Yes, please indicate date service terminated _____

Frequency of Visits: ☒ Weekly  ☒ Bi-Monthly  ☐ Monthly  ☐ Other _____

Shows responsibility in keeping appointments: ☒ Yes  ☐ No, please explain:

Goals of Treatment: ↓ stress, empower ct

Progress Toward Goals: moderate

D00133

| | To Be Completed By Provider (cont'd) |
|---|---|
| Medication Treatment | Medication (dose and frequency taken)<br>n/a<br>☐ Compliant  ☐ Non-Compliant, please explain:<br>☐ Improvement  ☐ No Improvement, please explain planned changes:<br>Side Effects:  ☐ No  ☐ Yes, please identify: |
| Competency | Is this person competent to sign checks and direct the use of the proceeds thereof? ☒ Yes  ☐ No |

Functional Abilities

Please check off the appropriate response of the person's ability to adapt to these specific job situations at this time

| | Unlimited | Somewhat Limited | Markedly Limited | Unable to Perform |
|---|---|---|---|---|
| Follow work rules | ☐ | ☐ | ☐ | ☐ |
| Perform repetitive, or short cycle work | ☐ | ☐ | ☐ | ☐ |
| Perform at a constant pace | ☐ | ☐ | ☐ | ☐ |
| Maintain attention and concentration | ☐ | ☐ | ☐ | ☐ |
| Perform a variety of duties | ☐ | ☐ | ☐ | ☐ |
| Understand, remember and carry out complex job instructions | ☐ | ☐ | ☐ | ☐ |
| Attain set limits and standards | ☐ | ☐ | ☐ | ☐ |
| Relate to co-workers | ☐ | ☐ | ☐ | ☐ |
| Interact with supervisors | ☐ | ☐ | ☐ | ☐ |
| Interact with the public/customers | ☐ | ☐ | ☐ | ☐ |
| Use judgment and make decisions | ☐ | ☐ | ☐ | ☐ |
| Direct, control or plan activities of others | ☐ | ☐ | ☐ | ☐ |
| Influence people in their opinions, attitudes and judgments | ☐ | ☐ | ☐ | ☐ |
| Expressing personal feelings | ☐ | ☐ | ☐ | ☐ |
| Work alone or apart in physical isolation from others | ☐ | ☐ | ☐ | ☐ |

What functions of the person's own/usual occupation is the person unable to perform? (Please provide rationale here, if not already provided.)

What functional restrictions have been placed on this person?

Prognosis

What is the person's prognosis for return to own/usual occupation?  ☐ Poor  ☒ Guarded  ☐ Good
What is the person's prognosis for return to any occupation?  ☐ Poor  ☐ Guarded  ☒ Good
What is the estimated date for return to work? _____
Could this person benefit from vocational rehabilitation services at this time?  ☐ Yes  ☒ No

Provider Information

Name: Shanda Bear Moralis, LSW
Specialty: Therapist
Degree: LSW, MSW
Address: 211 S Rte 100 Allentown PA 18106
Telephone Number: (610) 366-8116

Warning: It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to claim was provided by the applicant. California Residents: For your protection, California law requires notice of the following: Any person who knowingly and with intent to defraud or deceive any insurance company files a statement of claim containing any materially false, incomplete or misleading information is guilty of a crime and may be subject to fines, confinement in a state prison and substantial civil penalties. Colorado Residents: An insurer or agent who knowingly provides false or misleading information to defraud a claimant regarding insurance proceeds must be reported to the Insurance Division.

Signature: _____, LSW
Date: 9/6/01

D00134