# Ætna

Interoffice Communication

Tricia Maroun
50P, F215
Merck Processing
610-391-4650
Fax: 610-706-0313

To        Lisa Baily

Date      08-21-01

Subject   Leave under Aetna's Family and Medical Leave Policy

Managed Disability Services has notified me that your absence from 08-02-01 to 08-07-01 has been certified for managed short-term disability (STD) benefits. I reviewed your eligibility for protected leave under Aetna's Family and Medical Leave (FML) policy, the federal Family and Medical Leave Act (FMLA) and applicable state and local leave laws. Based on my review, I determined that

You are eligible for Employee Medical Leave (EML) protection and the disability leave period identified above will be counted against your protected leave allotment under Aetna's FML policy and/or applicable federal, state and local laws. Any additional time that is medically certified for managed STD benefits or EML protection also will be counted as statutory and Aetna FML leave until you have used 16 weeks of leave in a rolling 12-month period. You are guaranteed reinstatement to the same or an equivalent position as long as you return to work by the end of the 16-week period and your position has not been eliminated. (If your absence is due to a pregnancy-related disability or if you are employed in California, Oregon, Connecticut or New Jersey, you may have additional leave protection. Contact your local HR Consultant for more information.) If you are not able to return to work by the end of the protected period, you are not guaranteed reinstatement to the same or an equivalent position and your absences may be subject to disciplinary action.

Please note that any pregnancy-related disability leave that is certified by Managed Disability Services or Total Health & Disability Services (TH&DS) may be protected even if you are not otherwise eligible for EML or already have exhausted your protected leave allotment. If your disability leave is pregnancy-related and you are not eligible for EML or have already used your protected time, please contact your local HR Consultant for further instructions.

Further information about Aetna's FML policy, which includes EML, is available on AHR Online at http://aetnet.aetna.com/ahrnet/manuals/spd/personal-benefits-fmla.htm and in the Paid Time Off and Disability section of the *Employee Benefits Handbook and Summary Plan Descriptions*. If after reviewing these materials, you still have questions, contact your local HR Consultant. You may also contact TH&DS by calling 1-800-Aetna HR (1-800-238-6247), selecting the disability menu option and then the Total Health & Disability Services/Employee Medical Leave option.

BAILY   043