To whom it may concern:

I, Lisa Baily, am hereby handing in my resignation to Aetna US Healthcare after being constructively discharged from the company. I being mentally harassed, belittled and humiliated and being forced to work in conditions that are not standard quality. From day one of being out on medical disability I was denied benefits and still to this day I have not received any, in conjunction with that I have complied with every request and followed every procedure there is in order for me to get my benefits to no avail. This has also added extra stress and anxiety to the matters at hand. Due to these situations I can no longer work under these conditions. It would have been nice if we could have worked these issues out in a more professional manner that everybody would have been happy with but since could not have been achieved please accept my resignation in it's place.

Sincerely,

Lisa Baily

BAILY   002