Problem Result
Priority/Online Check Request due to transaction processing.
Work History

Work Id          315607
Work Begin Date 09/28/2001    Work End Date  09/28/2001
Work Begin Time 11:03:59      Work End Time  11:03:59

Description
please cut her a check, she was approved for std after she had been termed, and we wrote on the doc, NTBD, SHE NEEDS TO BE PAID FOR THAT APPROVED TIME, PLEASE BULB ME OR E-MAIL ME WITH ANY QUESTIONS. THANKS  this is in there 2x printed and will give to Tawanda - the NOD was just done on 9-25-01///////
Minna from Portland sent a Certified NCOD for this employee. Shje thinks it was sent in error. There was a online check request for this employee to be overnighted to ee home address. UPS# 1z27303w2215256694

---

User Id      A349265          Area      DISABILITY        Session
Problem Id   00581513         Type      EML               Begin Date 08/30/2001
Active With                   Cate      POLICY/PROCEDUR   Begin Time 03:46 PM
MLC Id       F215             Module                      End Date   08/30/2001
Employee     0718168          Time Spent 00:14:32         End Time   04:01 PM
Employee Na  BAILY LISA M                                 Severity         4
Employee Te

Description
EE WAS ON STD AND STATED THAT SHE WAS DENIED AND PLACED ON LOA. SHE MADE AN APPEAL AND NOW WANTS TO APPLY FOR EML. REQUESTED FORM.

Problem Result
ADVISE:
"If your STD has been approved and you're eligible for EML, then EML would be automatically medically approved; there is no need to apply. However, if your STD is denied, you can apply for EML protection. Your supervisor determines your eligibility and acknowledges your EML time.  The form is located on the AHR Intranet [EML Form]."

Work History

Work Id          304649
Work Begin Date 08/30/2001    Work End Date  08/30/2001
Work Begin Time 16:00:25      Work End Time  16:00:25

Description
I PRINTED FORM AND MAILED TO HOME ADDRESS. I EXPLAINED EML PROGRAM AND REF. TO SPD MANUAL.

---

User Id      A163979          Area      TIME REPORTING    Session
Problem Id   00575416         Type      OT/PT HOURS       Begin Date 08/17/2001
Active With                   Cate      VERIF DATE/HOUR   Begin Time 11:55 AM
MLC Id       F215             Module                      End Date   08/17/2001
                                                          End Time   11:59 AM